NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RACHEL KENT
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270 / Fax: 702.388.6418
rachel.kent@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-774-DJA |
| Plaintiff | **COMPLAINT** for violation of: |
| v. | Motor Vehicle Closure<br>(43 C.F.R. § 8364.1(d)); |
| SAMUEL W. MOFFORD, | Deface or destroy soil, rocks, or mineral<br>(43 C.F.R. § 8365.1-2(a)(2); |
| Defendant. | Drain petroleum product from trailer or vehicle<br>(43 C.F.R. § 8365.1-2(a)(2); |
| | Unauthorized Use<br>(43 C.F.R. § 29201-2(e)) |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being first duly sworn, states that:

## COUNT ONE
*Motor Vehicle Closure*
43 C.F.R. § 8364.1(d)

On or about July 12, 2019, in the State and Federal District of Nevada, within lands administered by the Bureau of Land Management (BLM) within the boundaries of the Las Vegas Valley, **SAMUEL W. MOFFORD,** defendant herein, was operating a motor

vehicle in an area posted closed to motor vehicles, to wit: **SAMUEL W. MOFFORD** was operating a Ford F150 bearing NV plate 645C71 with a tow trailer bearing NV plate 43917X, in an area posted closed to motor vehicles; all in violation of Title 43, Code of Federal Regulations, Section 8364.1(d).

### Charge Two
Deface or destroy soil, rocks, or minerals
43 C.F.R. § 8365.1-5(a)(2)

On or about July 12, 2019, in the State and Federal District of Nevada, within lands administered by the Bureau of Land Management (BLM) within the boundaries of Las Vegas Valley, **SAMUEL W. MOFFORD**, defendant herein, did willfully deface, disturb, remove or destroy plants or their parts, soil, rocks or minerals or cave resources, to wit: **SAMUEL W. MOFFORD** was operating a Ford F150 bearing NV plate 645C71 with a tow trailer bearing NV plate 43917X, that was carrying two 55-gallon drums of oil that fell off and leaked approximately 10-15 gallons onto the desert soil causing damage to the natural resources.

### Charge Three
Drain petroleum product or refuse or waste
43 C.F.R. § 8365.1-1(b)(3)

On or about July 12, 2019, in the State and Federal District of Nevada, within lands administered by the Bureau of Land Management (BLM) within the boundaries of Las Vegas Valley, **SAMUEL W. MOFFORD**, defendant herein, did drain sewage or petroleum products or dump refuse or waste other than wash water from any trailer or other vehicle, to wit: **SAMUEL W. MOFFORD** was operating a Ford F150 bearing NV plate 645C71 with a tow trailer bearing NV plate 43917X, which was carrying two 55-gallon drums of oil that fell off the trailer and leaked approximately 10-15 gallons onto the desert soil.

**Charge Four**
Unauthorized Use
43 C.F.R. § 29201-2(e)

On or about July 12, 2019, in the State and Federal District of Nevada, within lands administered by the Bureau of Land Management (BLM) within the boundaries of Las Vegas Valley, **SAMUEL W. MOFFORD**, defendant herein, did knowingly and willfully use public lands without authorization to wit: **SAMUEL W. MOFFORD** was operating a Ford F150 bearing NV plate 645C71 with a tow trailer bearing NV plate 43917X, which was carrying two 55-gallon drums of oil that fell off the trailer and leaked onto the desert soil which was not authorized by the Bureau of Land Management.

Complainant, as and for probable cause, states the following:

1. Complainant is a Law Enforcement Ranger with the Bureau for Land Management, in Clark County, Nevada, and has been employed as a law enforcement officer for approximately 14 years.

2. The following information is the result of either complainant's own personal investigation or has been provided by other law enforcement officers:

    (a) On July 12, 2019, Bureau of Land Management Law Enforcement Supervisory Ranger David Stolts was on routine patrol on public lands within the boundaries of the Las Vegas Valley, in Clark County, Nevada.

    (b) At approximately 12:55 p.m., Stolts received a report from the Las Vegas Metropolitan Police Department (LVMPD) of a male dumping oil into the desert on Las Vegas Boulevard (SR 604), near mile marker 16.5.

    (c) Stolts observed a BLM sign stating "no dumping and no motorized vehicles" posted on the road while entering the area. Stolts contacted the LVMPD Officer on scene identified as C. Eaton (P#8306).

   (d) Officer Eaton indicated that the suspect **SAMUEL W. MOFFORD** stated the drums were not his and that they were out there in the desert already. **SAMUEL W. MOFFORD** also claimed that he bumped into the 55-gallon drums while he was driving, knocking them down. **SAMUEL W. MOFFORD** later changed his story and admitted that the 55-gallon drums were his and they fell off his trailer bearing NV plate 43917X. **SAMUEL W. MOFFORD** stated he was bringing the oil to Primm and later stated he brings the oil into Las Vegas for recycling.

   (e) Stolts observed approximately 10 gallons of spilled used petroleum oil on the ground, several vehicle tracks, and roughly a dozen creosote bushes crushed in the tracks. BLM Hazmat was consulted to assess the area and cleaned up the oil. The cost to clean up the oil was approximately $8,547.56.

   (f) Multiple citations were issued to **MOFFORD**.

_____
VICTORIA R WORFOLK, L.E. Ranger
Bureau of Land Management

SUBSCRIBED and SWORN to before me this ___9th___ day of October, 2019.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE