# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:19-mj-774-DJA |
| Plaintiff, | ORDER FOR DISMISSAL |
| vs. | |
| SAMUEL W. MOFFORD, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses without prejudice complaint number 2:19-mj-774-DJA filed against Samuel W. Mofford.

DATED this 18th day of October, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Rachel Kent

RACHEL KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 22nd day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

1